UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREA MARIN and ANDRES FELIPI
AGUDELO, *individually and on behalf of others
similarly situated*,

                        Plaintiffs,                **ORDER**

           -against-                       22-cv-1732 (AEK)

COLOMBIAN HOUSE RESTAURANT CORP.
(D/B/A COLOMBIAN HOUSE),
FELIPE HOYOS, and DANIELLE JIMENEZ,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties have consented to my jurisdiction over all proceedings in this matter. ECF No. 28. Ordinarily, the Court would schedule an initial conference for the parties to discuss the status of discovery any other outstanding issues, but because this case has been referred to the Court's mediation program, the Court will not schedule an initial conference at this time. Rather, the parties are directed to submit a joint letter regarding the status of mediation and any other relevant issues by June 30, 2023, or within one week of the completion of the mediation process, whichever is sooner.

Dated: April 18, 2023
       White Plains, New York

                                                      **SO ORDERED.**

                                                     _____
                                                     ANDREW E. KRAUSE
                                                     United States Magistrate Judge