UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ANDREA MARIN and ANDRES FELIPE AGUDELO,
*individually and on behalf of others similarly situated,*

                *Plaintiffs*,

    -against-

COLOMBIAN HOUSE RESTAURANT CORP.
(D/B/A COLOMBIAN HOUSE), FELIPE HOYOS,
and DANIELLA JIMENEZ,

                *Defendants.*

-----------------------------------------------------------------X

Docket No. **7:22-cv-01732**

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

On _____ Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, ANDREA MARIN and ANDRES FELIPE AGUDELO, have judgment against COLOMBIAN HOUSE RESTAURANT CORP. (D/B/A COLOMBIAN HOUSE), FELIPE HOYOS, and DANIELLA JIMENEZ, jointly and severally, in the amount of Forty Thousand Dollars and Zero Cents ($40,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                                      _____
                                      ANDREW E. KRAUSE
                                      UNITED STATES MAGISTRATE JUDGE
                                      SOUTHERN DISTRICT OF NEW YORK