UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ANDREA MARIN and ANDRES FELIPE AGUDELO,
*individually and on behalf of others similarly situated,*

        *Plaintiffs*,

    -against-

COLOMBIAN HOUSE RESTAURANT CORP.
(D/B/A COLOMBIAN HOUSE), FELIPE HOYOS,
and DANIELLA JIMENEZ,

        *Defendants.*

----------------------------------------------------------------X

Docket No. **7:22-cv-01732**

**JUDGMENT**

## JUDGMENT

On  August 23, 2023  Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, ANDREA MARIN and ANDRES FELIPE AGUDELO, have judgment against COLOMBIAN HOUSE RESTAURANT CORP. (D/B/A COLOMBIAN HOUSE), FELIPE HOYOS, and DANIELLA JIMENEZ, jointly and severally, in the amount of Forty Thousand Dollars and Zero Cents ($40,000.00), which is inclusive of attorneys' fees and costs.

**SO ORDERED.**

Dated: August 28, 2023

_____
ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK